UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

William A. Brus, et al.
                      Plaintiff,

v.                                            Case No.: 1:16−cv−05035
                                                     Honorable Sidney I. Schenkier

TBM Promenade, LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 21, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. Defendants' counsel does not appear. Plaintiffs' counsel reports that the case is now settled. For the reasons stated on the record, plaintiffs' joint motion for approval of FLSA Settlement (doc. #[25]) is granted. The Court approves the FLSA settlement. The case is hereby dismissed without prejudice and with each side to bear its own attorneys' fees and costs, and with leave to seek reinstatement by 10/07/16 solely for the purpose of enforcing the settlement agreement. If the case has not been reinstated by 10/07/16, or there is no motion for reinstatement pending as of that date, then the dismissal will be with prejudice as of 10/08/16. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.